IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-30772
_____

OLIVE R BENNETT,

                                        Plaintiff-Appellant

versus

K MART CORPORATION, ET AL

                             Defendants

K MART CORPORATION

                             Defendant-Appellee

_____

Appeal from the United States District Court
For the Eastern District of Louisiana
(96-CV-2821)
_____

August 5, 1998

Before REYNALDO G. GARZA, HIGGINBOTHAM, and EMILIO M. GARZA,
Circuit Judges.

PER CURIAM:[*]

        AFFIRMED.  See Local Rule 47.6.

_____

        [*]  Pursuant to 5th Cir. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5th Cir. R.
47.5.4.